|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR12-38-JLR |
|---|---|
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| STEVEN L. JONES, | |
| Defendant. | |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on November 20, 2012. The United States was represented by Assistant United States Attorney John McNeil, and the defendant by Jim Vonasch.

The defendant had been charged with Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B). On or about March 31, 2003, defendant was sentenced by the Honorable Richard Mills, in the Central District of Illinois, to a term of 121 months in custody, to be followed by 5 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program; participate in job training; if not employed within 60 days of commencing supervision, defendant must complete 20 hours of community service a week until employed.

In a Petition for Warrant or Summons dated October 12, 2012, U.S. Probation Officer Carol A. Chavez asserted the following violations by defendant of the conditions of his supervised release:

(1) Failed to notify the probation officer at least ten days prior to any change in residence on or about September 18, 2012, in violation of Standard Condition No. 6.

(2) Failed to notify the probation officer at least ten days prior to any change in employment on or about August 27, 2012, in violation of Standard Condition No. 6.

On November 16, 2012, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On November 20, 2012, this matter came before the Court for an evidentiary hearing. Defendant admitted to violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable James L. Robart on December 12, 2012 at 4:00 p.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 20th day of November, 2012.

s/ DEAN BRETT
United States Magistrate Judge

cc: District Judge:       Honorable James L. Robart
    AUSA:                 John McNeil
    Defendant's attorney: Jim Vonasch
    Probation officer:    Carol A. Chavez

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2